**MINUTES [00:30]**
**October 10, 2013**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:13-00039-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| RICKEY NIKKI BEENE | MAGISTRATE JUDGE HORNSBY |

An in-person status conference was held in this matter on October 10, 2013, in chambers. Betty Marak was present on behalf of the Defendant; Robert Gillespie was present on behalf of the Government. The law clerk in this matter is Caroline Gardner; any questions should be directed toward her.

In light of the Court's ruling as to the motion to suppress, and the Defendant's recently filed motions for reconsideration and to continue the trial, the Court agrees that an additional ruling is required from the Court regarding the admissibility of statements made by the Defendant. Accordingly, the Court **GRANTED** the Motion to Continue Trial [Record Doc. 58], finding that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. This delay is excluded from the computation of time under the Speedy Trial Act, in accordance with 18 U.S.C. § 3161(h)(1)(D), in that there still remain outstanding issues in Defendant's motion to suppress [Record Document 21] ripe for pretrial disposition by this Court. The Court will require briefing as to the defendant's statements and the admissibility thereof, including

specific arguments regarding any intervening circumstances and the effects thereof in light of the Court's ruling on the searches of Defendant's automobile and residence [See Record Document 55]. Defendant's brief is due **October 18, 2013**, and a response by the Government is due **October 25, 2013.**

The jury trial is hereby **RESET** to begin on **Monday, December 2, 2013, at 9:00 a.m., in Shreveport**, and is expected to last 4 days.  Counsel for the Government shall notify the Court as soon as possible after October 24, 2013, regarding the status of another criminal matter, as it pertains to its effect on this trial setting and as discussed at this conference. An additional pretrial conference is set for **Wednesday, November 6, 2013, at 9:30 a.m.** All trial counsel shall participate in person.

Additionally, the following pretrial deadlines are hereby reset, to take into account prior submissions by counsel as well as the new trial date:

| | | |
|---|---|---|
| **November 4, 2013** | 1) | **UPDATED PRETRIAL SUBMISSIONS,** including lists of foreseeable issues, proposed jury instructions, proposed voir dire, and an agreed-to proposed verdict form. <u>Where applicable, these updated submissions should take into account the Court's rulings on the motion to suppress, issued after the prior submissions were filed.</u> |
| | 2) | **WRITS OF HABEAS CORPUS AD TESTIFICANDUM** shall be filed, if necessary. Any motions for writ of habeas corpus ad testificandum, to produce witnesses who are currently incarcerated, must be filed by this date and must describe specifically why the testimony is necessary.  Late requests or motions may result in imposition of costs upon counsel personally. |

|  |  |  |
|---|---|---|
|  | 3) | **MOTIONS DEADLINE**, with any responses due **November 18, 2013.** |
| **November 15, 2013** | 4) | **OBJECTIONS TO JURY INSTRUCTIONS AND PROPOSED VOIR DIRE**, if any. |
|  | 5) | **JOINT NEUTRAL STATEMENTS** to be read to the jury shall be filed. The Court suggests, but does not require, that the parties jointly draft two separate statements. The first statement should be brief and discuss basic matters such as the alleged crime(s), length of trial, etc., to be read to the entire venire at the start of jury selection. The second statement should be more detailed, explaining the parties' contentions, anticipated defenses, etc., and will be read once the jury is impaneled. See Record Document 56 for further substantive instructions on the crafting of the joint neutral statements. |
| **November 25, 2013** | 6) | **EXHIBITS.** If there are more than 25 pages of exhibits, counsel shall submit a CD-ROM containing the exhibits to Kathy Keifer in the Clerk's office. *However, in this case, the Government has advised they will most likely show exhibits on the ELMO. |
|  |  | Counsel shall also submit one paper copy of trial exhibits to Chambers and one paper copy of trial exhibits to the Courtroom Deputy on the first morning of the trial (**December 2, 2013**). Paper copies shall be submitted in a three-ring binder ("bench book"), with each exhibit separated by a numbered tab. These should be submitted even if the exhibits are on CD-ROM. See below, number 11. |
|  | 7) | **GLOSSARY**. Counsel shall submit a glossary of all names and unusual terms to the court reporter. Real-time may be available by arrangement with the court reporter, who will likely be Barbara Simpson; however counsel may |

                    contact the law clerk one week before trial to confirm who the court reporter will be.

        **8)**    **STIPULATIONS** shall be filed.

        **9)**    **EXCHANGE OF CHARTS, DIAGRAMS, OR OTHER DEMONSTRATIVE AIDS.**  A copy should also be provided to chambers by this date.

**MORNING OF TRIAL**    **10)**    **WITNESS LISTS**. Counsel shall submit a courtesy copy of the witness list (to be read to the jury venire for purposes of cause challenges) to the Courtroom Deputy.

        **11)**    **COPY OF EXHIBITS ("bench book")**, submitted to the Court.

The Government shall produce Jencks Act and Giglio material by **November 29, 2013.**

A courtesy copy of all material required by this Minute Entry shall be submitted to Chambers in both **paper** and **electronic** formats. The electronic submission shall be in Word or WordPerfect format and e-mailed to: **foote_motions@lawd.uscourts.gov**.

To the extent any other deadlines conflict with this scheduling order, this order will hereby control.

**STANDING TRIAL ORDERS:**

1. The Court will make the jury questionnaires available to the parties prior to the trial. Counsel may pick up the questionnaires from the Clerk's office after 1:00 p.m. on the Friday before trial. Counsel are advised of the privileged nature of that information and that it shall **not** be copied or shared with anyone. Jury questionnaires MUST be returned to the courtroom deputy after jury selection.

2. Counsel are to **be prepared** to use the equipment in the courtroom for electronic presentation. Counsel may contact Kathy Keifer (318-934-4757) to make arrangements for instruction on the operation of the equipment.

3.      Counsel shall familiarize themselves with the local rules for this district.

4.      Counsel should arrive in the courtroom at **8:30 a.m.** on the **first day of trial**.

**IT IS SO ORDERED.**

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE